UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MIGUEL GONZALEZ-VALENCIA,

        Petitioner,

v.                                              Case No. 19-C-1686

SHERIFF DALE J. SCHMIDT,

        Respondent.

---

## SCREENING ORDER

---

Petitioner Miguel Gonzalez-Valencia, who is a noncitizen and currently detained at Dodge Detention Center (Dodge), filed an emergency petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on November 14, 2019. Petitioner requests that the court issue an emergency writ of habeas corpus to temporarily release him so he can have emergency gallbladder surgery at his own expense. Petitioner claims his care at Dodge has been inadequate and life threatening. Petitioner has been scheduled for gallbladder surgery on November 27, 2019, but Dodge will not release the location of the surgery, according to Petitioner. Petitioner's family and attorney request permission to visit the hospital during Petitioner's surgery. Petitioner is detained at Dodge pending an immigration hearing on his request to remain in the United States; the hearing date has not yet been scheduled.

Pursuant to Rule 1(b) of the Rules Governing § 2254 Cases, this court applies Rule 4 of such rules, providing for a prompt preliminary review of habeas petitions for habeas corpus, to this case. Based on the allegations in the petition, I cannot conclude that Petitioner is plainly not entitled to relief.

The Clerk of Court is directed to serve the petition and copy of this Order on Dale Schmidt, the Sheriff responsible for the Dodge Detention Center. Pursuant to Federal Rule of Civil Procedure 4(i), the Clerk of Court is also directed to send a copy of the petition and this Order to the United States Attorney of this District, United States Department of Homeland Security, United States Immigration and Customs Enforcement, and United States Department of Justice. The Clerk of Court is further directed to place this matter on the court's schedule for a telephone conference.

**SO ORDERED** at Green Bay, Wisconsin, this  18th  day of November, 2019.

        s/ William C. Griesbach
        William C. Griesbach, District Judge
        United States District Court